UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

JUDGE SWAIN

UNITED STATES OF AMERICA :

v. :

ROBERT KURLANDER, :

Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WAIVER OF INDICTMENT

22 Cr. ____

22 CRIM 457

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371 and 2314, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Robert Kurlander
Defendant

Witness

Florian Miedel
Jonathan Kaplan
Counsel for Defendant

Date: New York, New York
August 25, 2022

