

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2022

**BY ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Robert Kurlander*, 22 Cr. 457 (LTS)

Dear Chief Judge Swain:

    The Government respectfully submits this letter to request, with the consent of defendant Robert Kurlander, that the control date for the defendant's sentencing hearing be adjourned from December 8, 2022, at 3:00 p.m., to a date and time convenient to the Court approximately four months after the current control date.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

              By:   /s/
                      Jacqueline Kelly
                      Robert B. Sobelman
                      Mitzi Steiner
                      Assistant United States Attorneys
                      (212) 637-2456/2616/2284