

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2022

**BY ECF**

## MEMO ENDORSED

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Robert Kurlander*, 22 Cr. 457 (LTS)

Dear Chief Judge Swain:

      The Government respectfully submits this letter to request, with the consent of defendant Robert Kurlander, that the control date for the defendant's sentencing hearing be adjourned from December 8, 2022, at 3:00 p.m., to a date and time convenient to the Court approximately four months after the current control date.

The foregoing adjournment request is granted. The sentencing hearing is hereby rescheduled to April 14, 2023, at 2:00 p.m. DE#19 resolved.
SO ORDERED.
November 29, 2022
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: ___/s/_____
Jacqueline Kelly
Robert B. Sobelman
Mitzi Steiner
Assistant United States Attorneys
(212) 637-2456/2616/2284