

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 5, 2024

**BY ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Robert Kurlander*, 22 Cr. 457 (LTS)

Dear Chief Judge Swain:

The Government respectfully submits this letter to request, with the consent of defendant Robert Kurlander, that the control date for the defendant's sentencing hearing be adjourned from April 12, 2024, at 2:00 p.m., to a date and time convenient to the Court approximately six months after the current control date.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Jacqueline Kelly
Robert B. Sobelman
Mitzi Steiner
Assistant United States Attorneys
(212) 637-2456/2616/2284

The foregoing request for adjournment is granted. The sentencing is hereby rescheduled to October 25, 2024, at 2pm. DE#100 resolved.
SO ORDERED.
April 5, 2024
/s/ Laura Taylor Swain, Chief USDJ