

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 18, 2024

**BY ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Robert Kurlander*, 22 Cr. 457 (LTS)

Dear Chief Judge Swain:

The Government respectfully submits this letter to request, with the consent of defendant Robert Kurlander, that the control date for the defendant's sentencing hearing be adjourned from October 25, 2024, at 2:00 p.m., to a date and time convenient to the Court approximately six months after the current control date.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
Jacqueline Kelly
Robert B. Sobelman
Mitzi Steiner
Assistant United States Attorneys
(212) 637-2456/2616/2284

The foregoing request for an adjournment is granted. The control date for sentencing is hereby rescheduled to **April 25, 2025 at 3pm**. DE #135 is resolved.

SO ORDERED.
10/21/2024
/s/ Laura Taylor Swain