

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 5, 2025

**BY ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Robert Kurlander*, 22 Cr. 457 (LTS)

Dear Chief Judge Swain:

    The Government respectfully submits this letter to request, with the consent of defendant Robert Kurlander, that the defendant's sentencing hearing be adjourned from the current control date of April 25, 2025, at 3:00 p.m., to a date and time convenient to the Court in May 2025 for the defendant's sentencing to be held, and that the Court direct the Probation Office to prepare a presentence investigation report.

                        Respectfully submitted,

                        DANIELLE R. SASSOON
                        United States Attorney

                  By:   /s/
                      Jacqueline Kelly
                      Robert B. Sobelman
                      Mitzi Steiner
                      Assistant United States Attorneys
                      (212) 637-2456/2616/2284

Cc: Counsel of Record (by ECF)