

May 5, 2025

**VIA ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

           RE:      ***United States v. Robert Kurlander***
                            ***22-Cr-457-LTS***

Dear Judge Swain:

      Robert Kurlander is scheduled to be sentenced by this Court on May 28, 2025, following his guilty plea to conspiracy to commit interstate transportation of stolen property. I write, with the consent of the government, to request an adjournment of sentencing.

      Mr. Kurlander lives in Florida. He has recently developed a severe foot infection that currently requires him to receive intravenous antibiotics with the hope that the infection will subside. During the period, which will last 2-3 weeks, he cannot travel. Accordingly, he cannot appear for sentencing on May 28th. If the infection disappears and he does not require surgery, he should be able to come to New York by early to mid-June or thereafter.

      Accordingly, I respectfully request that Mr. Kurlander's sentencing be adjourned to by at least two weeks. As noted, the government consents. The parties are available June 11, 13, 16, 23, 24 (in the morning), and 25.

      Thank you for your consideration.

                                            Respectfully submitted,

                                            /s/

                                            Florian Miedel
                                            *Attorney for Robert Kurlander*

cc:      Government Counsel (*via* ECF)

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com