UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

        -v-                                                                         No. 22 crim 457 (LTS)

Robert Kurlander

                              Defendant.

-------------------------------------------------------x

### ORDER

      ORDERED that, in light of the sentence of time served and no term of supervision to follow imposed today, the Probation Department is directed to release Mr. Kurlander's passport back to his custody.

      SO ORDERED.

Dated: New York, New York
       June 10, 2025

                                                                        LAURA TAYLOR SWAIN
                                                                     United States District Judge